

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00181-CV

In the Estate of Georgia Gayle Arnold, Deceased

On Appeal from the
County Court at Law No. 4 of Nueces County, Texas
Trial Court Cause No. 2021-PR-00539-4

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the trial court's judgment titled "Order Confirming Finality of Judgment" should be vacated, and the trial court's judgment titled "Order on Third Amended Motion for Contempt for Violation of Court Order and Motion for Sanctions" should be reversed and rendered. The Court orders the judgment titled "Order Confirming Finality of Judgment" be VACATED. The Court orders the judgment titled "Order on Third Amended Motion for Contempt for Violation of Court Order and Motion for Sanctions" REVERSED and RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

January 15, 2026